**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| REGINA DODSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:25-CV-01053 RHH |
| AFFINIA HEALTHCARE, | ) ) ) |
| Defendant. | ) |

### MEMORANDUM AND ORDER

Before the Court is Plaintiff Regina Dodson's Motion for Extension of Time to file an Amended Complaint, along with a copy of her Equal Employment Opportunity Commission (EEOC) Charge of Discrimination. [ECF No. 7]. Plaintiff seeks an additional fourteen (14) days to file her pleading and a copy of her Charge. For good cause shown, the Court will grant Plaintiff's request. Plaintiff's filing should comply with all minimum pleading requirements set forth in the Court's July 23, 2025 Memorandum and Order.

Accordingly,

**IT IS HEREBY ORDERED** that no later than Friday, September 5, 2025, Plaintiff shall file an Amended Complaint on a Court-provided Employment Discrimination form, along with a copy of her EEOC Charge of Discrimination.

**IT IS FURTHER ORDERED** that Plaintiff's failure to timely comply with the Court's Order may result in a dismissal of this action without prejudice.

Dated this 26th day of August, 2025.

RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE